Steven J. Lechner, D.C. Bar No. AZ 0001
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC.<br>Plymouth Building, Suite 1140<br>12 South 6th Street<br>Minneapolis, Minnesota 55402 | )<br>)<br>)<br>)<br>) |
| MOUNT ROYAL JOINT VENTURE<br>Plymouth Building, Suite 1140<br>12 South 6th Street<br>Minneapolis, Minnesota 55402 | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| DIRK KEMPTHORNE<br>Secretary<br>U.S. Department of the Interior<br>1849 C Street, N.W., Mail Stop 7229<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>) |
| C. STEPHEN ALLRED<br>Assistant Secretary, Land and Minerals Management<br>U.S. Department of Interior<br>1849 C Street, N.W., Room 6615<br>Washington, D.C. 20240 | )<br>)<br>)<br>)<br>) |
| UNITED STATES DEPARTMENT OF INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | )<br>)<br>) |

Case No. _____

Judge: _____

JAMES M. HUGHES                         )
Acting Director                         )
Bureau of Land Management               )
1849 C Street, N.W., Room 5655          )
Washington, D.C. 20240                  )
                                        )
BUREAU OF LAND MANAGEMENT               )
1849 C Street, N.W., Room 5655          )
Washington, D.C. 20240                  )
                                        )
                    Defendants.         )

## LCvR 7.1 CERTIFICATE

I, Steven J. Lechner, counsel of record for Plaintiffs, Ernest K. Lehmann and Associates

of Montana, Inc., and Mount Royal Joint Venture, certify that, to the best of my knowledge and

belief, Plaintiffs have no parent companies, subsidiaries, or affiliates that have any outstanding

securities in the hands of the public. This certification is made so that the judges of this Court

may determine the need for recusal.

DATED this **25** day of April 2007.

Respectfully Submitted By:

MOUNTAIN STATES LEGAL FOUNDATION

Steven J. Lechner, D.C. Bar No. AZ 0001
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com

Attorney for Plaintiffs

2