AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., and
MOUNT ROYAL JOINT VENTURE,

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, Secretary, U.S. Department of Interior;
C. STEPHEN ALLRED, Assistant Secretary, Land and Minerals
Management, U.S. Department of Interior;
UNITED STATES DEPARTMENT OF INTERIOR;
JAMES M. HUGHES, Acting Director, Bureau of Land Management;
and BUREAU OF LAND MANAGEMENT

Case: 1:07-cv-00762
Assigned To : Kennedy, Henry H.
Assign. Date : 4/26/2007
Description: ADMN. AGENCY REVIEW

TO: (Name and address of Defendant)

Civil Process Clerk
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              APR 2 6 2007
CLERK                                                DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-4-2007 |
| NAME OF SERVER (PRINT) Judith Stoeser | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __4(i) Fed. R. Civ. Proc.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-15-2007         *Judith Stoeser*
                Date                    Signature of Server

Mountain States Legal Foundation
2596 S. Lewis Wy
Lakewood CO 80227
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>MAY 0 4 2007<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br>Civil Process Clerk.<br>U.S. Atty's Office<br>555 Fourth St, NW<br>Washington DC<br>20530 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540