AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., and
MOUNT ROYAL JOINT VENTURE,

**SUMMONS IN A CIVIL CASE**

V.

DIRK KEMPTHORNE, Secretary, U.S. Department of Interior;
C. STEPHEN ALLRED, Assistant Secretary, Land and Minerals Management, U.S. Department of Interior;
UNITED STATES DEPARTMENT OF INTERIOR;
JAMES M. HUGHES, Acting Director, Bureau of Land Management;
and BUREAU OF LAND MANAGEMENT

Case: 1:07-cv-00762
Assigned To : Kennedy, Henry H.
Assign. Date : 4/26/2007
Description: ADMN. AGENCY REVIEW

TO: (Name and address of Defendant)

C. Stephen Allred
Assistant Secretary, Land and Minerals Management
U.S. Department of Interior
1849 C Street, N.W., Room 6615
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                    APR 26 2007

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-4-2007 |
| NAME OF SERVER (PRINT) Judith Stoeser | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Fed. R. Civ. P. 4(i)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-18-2007           [signature] Judith Stoeser
             Date                  Signature of Server

Mountain States Legal Foundation
2596 S. Lewis Wy
Lakewood CO 80227

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE**

Date: 06/15/2007

Fax Transmission To: JUDY STOESER
Fax Number: 303-292-1980

Dear: JUDY STOESER:

The following is in response to your 06/15/2007 request for delivery information on your Certified item number 7004 2510 0006 1985 7683. The delivery record shows that this item was delivered on 05/04/2007 at 08:31 AM in WASHINGTON, DC 20240 to C CARTER. The scanned image of the recipient information is provided below.

Signature of Recipient: C. Carter / C. Carter  (Delivery Section)

Address of Recipient: INTERIOR 20240

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service