# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMAN & ASSOCIATES ) <br> OF MONTANA, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **APPEARANCE** <br><br> Case No. 07cv00762-HHK |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Mark T. Romley as counsel in this case for defendants Dirk Kempthorne, C. Stephen Allred, United States Department of the Interior, James M. Hughes and Bureau of Land Management.

Date: June 28, 2007.  　　　　　　　　　　　*/s/ Mark T. Romley*
CA Bar ID#: 240655  　　　　　　　　　　　MARK T. ROMLEY,
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　Environment and Natural Resources
　　　　　　　　　　　　　　　　　　　　　Division
　　　　　　　　　　　　　　　　　　　　　Natural Resources Section
　　　　　　　　　　　　　　　　　　　　　P.O. Box 663
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044-0663
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 305-0458
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 305-0506
　　　　　　　　　　　　　　　　　　　　　Email: Mark.Romley@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants