IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMAN & ASSOCIATES OF MONTANA, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 07cv00762-HHK |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME WITHIN WHICH TO
FILE THEIR RESPONSE TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Defendants hereby respectfully request a 30 day enlargement of time, or to and including August 2, 2007, within which to prepare its response to Plaintiffs' Complaint. Defendants' response is presently due July 3, 2007.

This motion is Defendants' first request for additional time to file its response to Plaintiffs' Complaint.

The grounds for this motion are as follows:

1.   Plaintiffs filed this case on April 25, 2007. (Docket # 1).

2.   Defendants respectfully submit this motion because they need additional time to prepare their response to Plaintiffs' Complaint. Defendants' litigation counsel, Mark Romley, was not assigned this case until June 21, 2007. The late assignment occurred due to case reassignments necessitated by an overburdened office in the Natural Resources Section of the

1

Department of Justice's Environment and Natural Resources Division.

3. Prior to taking over this matter, Defendants' counsel, Mark Romley, was scheduled to be in Portland, Oregon on an unrelated matter from June 26, 2007 until June 30, 2007.

4. Field Solicitor Karan Dunnigan will be out of the office from June 29, 2007 until July 5, 2007.

5. Given the travel schedules of Defendants' counsels and the recent addition of Mark Romley as attorney for Defendants, there has not been sufficient time for the development of a response to Plaintiffs' Complaint. Accordingly, Defendant needs until August 2, 2007, to prepare its response to Plaintiffs' Complaint. This enlargement will provide Defendants' litigation counsel time to familiarize himself with the case and to coordinate with counsel for Defendant Department of the Interior and Defendant Bureau of Land Management.

6. The granting of this motion will not unduly prejudice the rights and interests of any party to this litigation. It will promote the goals of judicial effectiveness and efficiency by allowing the parties sufficient time to prepare and submit an accurate and complete response to Plaintiffs' Complaint.

7. Counsel for Defendants has contacted counsel for Plaintiffs who responded:
> Plaintiffs have no opposition to Defendants' request for a 30 day enlargement of time so long as Defendants file the administrative record concurrently with the filing of an answer.

Defendants' counsel has already informed Plaintiffs' counsel that Defendants do not intend to file the administrative record concurrent with Defendants' response.

8. WHEREFORE Defendants respectfully request that the Court grant them a 30 day

enlargement of time, or to and including August 2, 2007, for the filing of their response to Plaintiffs' Complaint.

    Respectfully submitted this 28th day of June, 2007,

    */s/ Mark T. Romley*
    MARK T. ROMLEY, CA Bar #240655
    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663
    Tel: (202) 305-0458
    Fax: (202) 305-0506
    Mark.Romley@usdoj.gov
    Attorney for Defendants

    Of Counsel:

    Karan L Dunnigan
    Field Solicitor
    Office of the Solicitor
    United States Department of the Interior
    P.O. Box 31394
    Billings, Montana 59107-1394