## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC.,** et al.,<br><br>                    **Plaintiffs,**<br><br>            **v.**<br><br>**DIRK KEMPTHORNE, et al.,**<br><br>                **Defendants.** | **Civil Action 07-00762 (HHK)** |

### O R D E R

It is this 8th day of August, 2007, hereby

**ORDERED** that on or before August 19, 2007, the parties shall file a joint status report, which report shall include a proposed briefing schedule for dispositive motions. If the parties cannot agree on a proposed schedule, they shall file separate proposed scheduling orders.


                                Henry H. Kennedy, Jr.
                                United States District Judge