**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., and MOUNT ROYAL JOINT VENTURE,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, *et al.*,<br>　　　　　　　Defendants. | Civil Action 07-00762 (HHK) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 8, 2007, Order, the parties conferred regarding the management of this case. The positions of the parties with respect to the management of this case are set forth below.

1.　Plaintiffs are seeking judicial review of agency action pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq*. At this time, the parties believe that this case may be resolved on cross-motions for summary judgment based upon the administrative record. Defendants anticipate filing and serving the administrative record on or before September 20, 2007.

2.　At this time, the parties do not anticipate joining any other parties or amending their pleadings. Plaintiffs, however, expressly reserve their right to move to amend their Complaint and/or to add additional parties if the circumstances warrant such actions.

3.　The parties do not believe that this case should be assigned to a Magistrate Judge.

4. The parties have discussed the possibility of settlement. At this time, there is no possibility of settlement.

5. The parties believe that this case is not appropriate for this Court's alternative dispute resolution procedures.

6. At this time, the parties believe that this case may be resolved on cross-motions for summary judgment. Accordingly, the parties propose the following schedule:

> a. On or before September 20, 2007, Defendants will file and serve the administrative record;
>
> b. On or before October 19, 2007, Plaintiffs will move for discovery beyond the administrative record and/or supplementation of the administrative record; and
>
> c. If Plaintiffs do not move for discovery beyond the administrative record and/or supplementation of the administrative record, the following schedule shall apply:
>
>> i. On or before November 19, 2007, Plaintiffs will file a motion for summary judgment;
>>
>> ii. On or before January 8, 2008, Defendants will file a cross-motion for summary judgment and a memorandum in response to Plaintiffs' motion for summary judgment;
>>
>> iii. On or before February 4, 2008, Plaintiffs will file their response/reply memorandum; and
>>
>> iv. On or before March 3, 2008, Defendants will file their reply memorandum.

7. The parties agree to dispense with the initial disclosures required by Rule 26(a)(1), Fed. R. Civ. P.

8. The parties believe that this case may be decided on the administrative record. However, Plaintiffs expressly reserve the right to review the administrative record and to move for discovery beyond the administrative record and/or supplementation of the administrative

record. It is the position of Defendants that, because judicial review is limited to the administrative record, no discovery is appropriate. Nonetheless, the parties will work in good faith to resolve any disputes concerning the scope of the administrative record and/or discovery before presenting such disputes to this Court.

9. At this time, the parties do not believe that expert witnesses will be necessary.

10. This is not a class action case.

11. The parties do not anticipate the need for bifurcation.

12. The parties do not believe that a pretrial conference will be necessary.

13. At this time, the parties do not believe that a trial will be necessary because this case may be resolved on cross-motions for summary judgment. The parties do believe, however, that oral argument will assist this Court in rendering a decision on the parties' cross-motions for summary judgment.

14. The parties have identified no other matters appropriate for inclusion in a scheduling order.

DATED this 17th day of August 2007.

Respectfully Submitted By:

MOUNTAIN STATES LEGAL FOUNDATION

/s/ Steven J. Lechner
Steven J. Lechner, D.C. Bar No. AZ 0001
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com

Attorney for Plaintiffs

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Section


/s/ Mark T. Romley
Mark T. Romley, CA Bar #240655
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0436
Fax: (202) 305-0506
mark.romley@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 17th day of August 2007, I filed the foregoing Joint Status Report and the attached proposed Scheduling Order electronically through the CM/ECF system, which caused the following to be served by electronic means:

Mark T. Romley, CA Bar #240655
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0436
Fax: (202) 305-0506
mark.romley@usdoj.gov


          /s/ Steven J. Lechner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., and MOUNT ROYAL JOINT VENTURE,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, *et al.*,<br>　　　　　　　Defendants. | Civil Action 07-00762 (HHK) |

## SCHEDULING ORDER

Pursuant to the Court's August 8, 2007, Order, the parties submitted their Joint Status Report. Having reviewed the Report, IT IS ORDERED that the following schedule is hereby set:

　　1.　　On or before September 20, 2007, Defendants shall file and serve the administrative record.

　　2.　　On or before October 19, 2007, Plaintiffs may move for discovery beyond the administrative record and/or supplementation of the administrative record; and

　　3.　　If Plaintiffs do not move for discovery beyond the administrative record and/or supplementation of the administrative record, the following schedule shall apply:

　　　　a.　　On or before November 19, 2007, Plaintiffs shall file a motion for summary judgment;

　　　　b.　　On or before January 8, 2008, Defendants shall file a cross-motion for summary judgment and a memorandum in response to Plaintiffs' motion for summary judgment;

　　　　c.　　On or before February 4, 2008, Plaintiffs shall file their response/reply memorandum; and

      d.    On or before March 3, 2008, Defendants shall file their reply memorandum.

4.    If Plaintiffs do move for either discovery or supplementation, the parties shall confer regarding modifying this Scheduling Order and file with the Court a new proposed schedule.

DATED this _____ day of August 2007.

_____
Henry H. Kennedy, Jr.
United States District Judge

2