# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMAN & ASSOCIATES ) <br> OF MONTANA, INC., et al., ) <br> ) <br>         Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> DIRK KEMPTHORNE, et al., ) <br> ) <br> ) <br>         Defendants. ) | Civ. No.: 07-762 (HHK) <br><br> **NOTICE OF LODGING <br> AND SERVICE OF THE <br> ADMINISTRATIVE RECORD <br> BY THE U.S. DEPARTMENT <br> OF INTERIOR'S BUREAU OF <br> LAND MANAGEMENT** |

PLEASE TAKE NOTICE that on the 20th day of September, 2007, Defendants will lodge with the Clerk the certified Administrative Record in the above-captioned case. The package delivered to the Clerk will contain a certification of the Administrative Record by the U.S. Department of the Interior's Bureau of Land Management, an index of the Administrative Record's documents, and two CD-ROMs, each containing the full Administrative Record. A copy of the certification is attached hereto as Exhibit 1. A copy of the index is attached hereto as Exhibit 2. This Record is submitted in CD-ROM form only because it is a voluminous document, exceeding 500 pages, and therefore exempt from the electronic filing requirement pursuant to LCvR 5.4 (e)(1).

On September 19, 2007, Defendants will also serve counsel for the Plaintiffs with a copy of the Administrative Record, sent via Federal Express to the following address:

Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227-2705
Telephone: (303) 292-1980

Respectfully submitted this 19th day of September, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

  /s/ Mark T. Romley
MARK T. ROMLEY
Trial Attorney
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0458
Fax: (202) 305-0506

Attorney for Federal Defendants

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., AND MOUNT ROYAL JOINT VENTURE,<br>                Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, et al.,<br>                Defendants. | CIVIL ACTION 07-00762(HHK)<br><br>CERTIFICATION OF ADMINISTRATIVE RECORD |

    1.    I, Connie R. Schaff, am employed by the United States Department of the Interior, U. S. Bureau of Land Management, and I coordinated and prepared Sections I-III of the administrative record associated with this litigation.

    2.    To the best of my knowledge, the index for Sections I-III filed with the Court in this matter constitutes a true, correct, and complete index of the Bureau of Land Management records pertinent to this litigation.

    3.    To the best of my knowledge, the documents in Sections I-III served on counsel of record in this matter constitute a true, correct, and complete copy of the Bureau of Land Management records pertinent to this litigation.

    4.    I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of September, 2007.

*Connie R. Schaff* (signature)
Connie R. Schaff

# Exhibit 2

# Administrative Record Index for
# Contest Case – MTM 84834

## E. K. Lehmann & Associates of Montana, Inc., Mount Royal Joint Venture (Reconstituted), a Joint Venture by Sunburst Minerals Incorporated, King Mining Company, and Jennifer Mining Company
## V
## United States of America

### Section I

**Affected Claims:** Patricia 14, Patricia 15, Patricia 16, Royal East #1 and Royal East #2
(MMC 108501, MMC 108502, MMC 108503, MMC 188489 and MMC 188490)
**Owner of Record:** Ernest K. Lehmann and Associates of Montana, Inc.
**Affected Claim:** EB #6 (MMC 170766)
**Owner of Record:** Mount Royal Joint Venture

| Bates Number | Document No. | Description | Pages | Date |
|---|---|---|---|---|
| BLM-0001 | 1 | Complaint (Contest of Mining Claims) | 4 | 03-04-1996 |
| BLM-0005 | 2 | Answer to Complaint from Gough, Shanahan, Johnson & Waterman Attorneys at Law | 7 | 04-04-1996 |
| BLM-0012 | 3 | Letter to E. K. Lehmann & Assoc. of Montana, Inc. from BLM Branch of Solid Minerals in re: Receipt of Answer to Complaint | 1 | 04-10-1996 |
| BLM-0013 | 4 | Transmittal of Contest or Other Proceeding for Hearing to Administrative Law Judge from BLM Branch of Solid Minerals | 3 | 04-10-1996 |
| BLM-0016 | 5 | Joint Letter to Field Solicitor and Gough, Shanahan, Johnson & Waterman from Office of Hearings and Appeals in re: Receipt of Contest | 3 | 04-16-1996 |
| BLM-0019 | 6 | Letter from Field Solicitor to Office of Hearings and Appeals in re: Designating Karen Dunnigan as counsel | 1 | 04-26-1996 |
| BLM-0020 | 7 | Copy of complaint that was posted in the public room on March 4, 1996 | 3 | Removed from Public Room 06-19-1996 |
| BLM-0023 | 8 | Letter from Field Solicitor to Gough, Shanahan, Johnson & Waterman in re: Comments on proposed facts, issues and hearing procedures | 4 | 08-21-1996 |
| BLM-0027 | 9 | Motion to Reassign Administrative Law Judge from Gough, Shanahan, Johnson & Waterman | 5 | 09-30-1996 |
| BLM-0032 | 10 | Letter (via Facsimile) from Gough, Shanahan, Johnson & Waterman to Office of Hearings and Appeals in re: Motion to set date and time for a prehearing conference | 6 | 01-16-1997 |
| BLM-0038 | 11 | Pre-Hearing Order from Gough, Shanahan, Johnson & Waterman to Office of Hearing and Appeals | 6 | 04-21-1997 |
| BLM-0044 | 12 | Pre-Hearing Order from Office of Hearings and Appeals | 6 | 04-29-1997 |
| BLM-0050 | 13 | Letter from Field Solicitor to Gough, Shanahan, Johnson & Waterman in re: Delivery of Mineral Report | 1 | 06-05-1997 |
| BLM-0051 | 14 | Letter from Office of Hearings and Appeals to Gough, Shanahan, Johnson & Waterman, and Field Solicitor in re: Notice of Hearing | 3 | 06-27-1997 |

| BLM-0054 | 15 | Letter (By Fax) from Field Solicitor to Gough, Shanahan, Johnson & Waterman in re: Contestant's Exhibit List and Witness List | 3 | 10-17-1997 |
|---|---|---|---|---|
| BLM-0057 | 16 | Exhibit List and Witness List from Gough, Shanahan, Johnson & Waterman | 31 | 10-20-1997 |
| BLM-0088 | 17 | Motion for Partial Summary Judgment from Gough, Shanahan, Johnson & Waterman | 3 | 10-20-1997 |
| BLM-0091 | 18 | Brief in Support of Motion for Partial Summary Judgment from Gough, Shanahan, Johnson & Waterman includes Exhibits 1-5 | 36 | 10-20-1997 |
| BLM-0127 | 19 | Letter from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson & Waterman in re: Rescheduling of Hearing and Other Matters | 2 | 10-24-1997 |
| BLM-0129 | 20 | Contestant's Brief in Opposition to Contestees' Motion for Partial Summary Judgment | 12 | 11-07-1997 |
| BLM-0141 | 21 | Affidavit of Ernest K. Lehmann | 9 | 11-24-1997 |
| BLM-0150 | 22 | Letter from Field Solicitor to Office of Hearings and Appeals in re: Contestant's Amended Exhibit List | 4 | 11-24-1997 |
| BLM-0154 | 23 | Contestee's Reply Brief in Opposition to Contestee's Motion for Partial Summary Judgment | 13 | 11-25-1997 |
| BLM-0167 | 24 | Supplemental Exhibit List and Witness List from Gough, Shanahan, Johnson & Waterman | 5 | 11-25-1997 |
| BLM-0172 | 25 | Letter from Field Solicitor to Office of Hearings and Appeals in re: Motion to Reschedule Hearing Date | 4 | 11-25-1997 |
| BLM-0176 | 26 | Contestee's Opposition to the United States Motion to Reschedule Hearing Date | 3 | 11-28-1997 |
| BLM-0179 | 27 | Letter from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson and Waterman in re: Rescheduling of Hearing | 2 | 12-08-1997 |
| BLM-0181 | 28 | Letter from Field Solicitor to Office of Hearings and Appeals in re: Reply to Contestees' Opposition to Motion to Reschedule Hearing Date and United States' Opposition to Filing of Supplemental Witness List | 6 | 12-09-1997 |
| BLM-0187 | 29 | Order from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson & Waterman in re: Prehearing Matters | 3 | 12-19-1997 |
| BLM-0190 | 30 | Response to Contestant's Opposition to Filing Amended Witness List from Gough, Shanahan, Johnson & Waterman | 3 | 12-22-1997 |
| BLM-0193 | 31 | Letter from Office of Hearings and Appeals to Gough, Shanahan, Johnson & Waterman in re: Contestee's Motion for Partial Summary Judgment and related findings | 3 | 01-02-1998 |
| BLM-0196 | 32 | Letter from Gough, Shanahan, Johnson & Waterman to Office of Hearings and Appeals in re: Submittal of BLM's (Contestant's) Validity Report/Mineral Examination | 1 | 01-02-1998 |
| BLM-0197 | 33 | Order - Motions for Partial Summary Judgment Denied from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson & Waterman | 4 | 01-07-1998 |
| BLM-0201 | 34 | Telefax Transmittal from Field Solicitor to Office of Hearings and Appeals in re: Objection to the use of the mineral report because it is not yet in evidence | 3 | 01-09-1998 |
| BLM-0204 | 35 | Letter from Field Solicitor to Office of Hearings and Appeals in re: Objection to the use of the mineral report because it is not yet in evidence | 2 | 01-09-1998 |
| BLM-0206 | 36 | Letter from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson & Waterman in re: Mineral Report not in Evidence | 2 | 01-13-1998 |
| BLM-0208 | 37 | Letter from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson & Waterman in re: Order Place of Hearing | 2 | 02-13-1998 |
| BLM-0210 | 38 | Telefax Transmittal from Field Solicitor to Office of Hearings and Appeals in re: Supplemental Amended Exhibit List | 3 | 02-27-1998 |
| BLM-0123 | 39 | Letter from Field Solicitor to Office of Hearings and Appeals in re: Supplemental Amended Exhibit List | 2 | 02-27-1998 |

| BLM-0215 | 40 | Letter from Field Solicitor to office of Hearings and Appeals in re: Trial Brief | 8 | 03-19-1998 |
| --- | --- | --- | --- | --- |
| BLM-0223 | 41 | Letter from Gough, Shanahan, Johnson & Waterman to Office of Hearings and Appeals in re: Prehearing Brief | 20 | 03-19-1998 |
| BLM-0243 | 42 | Letter from Field Solicitor to Office of Hearings and Appeals in re: United States' Objection to Expert Testimony | 3 | 03-20-1998 |
| BLM-0246 | 43 | Letter from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson & Waterman in re: Change In Place of Hearing | 2 | 03-25-1998 |
| BLM-0248 | 44 | Order from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson & Waterman in re: Report of 03-19-1998 | 2 | 03-27-1998 |
| BLM-0250 | 45 | Motion for change in Schedule for Submitting Proposed Findings, Conclusions and Briefs from Gough, Shanahan, Johnson & Waterman | 2 | 06-19-1998 |
| BLM-0252 | 46 | Order from Office of Hearings and Appeals to Field Solicitor and Gough, Shanahan, Johnson & Waterman in re: Changing Schedule for Submitting Proposed Findings, Conclusions, and Briefs | 2 | 06-24-1998 |
| BLM-0254 | 47 | Letter from Gough, Shanahan, Johnson & Waterman to Dorothy Bunn in re: Corrections to Transcript | 5 | 06-29-1998 |
| BLM-0259 | 48 | Letter from Gough, Shanahan, Johnson & Waterman to Office of Hearings and Appeals in re: Findings of Fact and Conclusions of Law and Brief in Support Thereof | 66 | 07-16-1998 |
| BLM-0325 | 49 | Contestant's Post-Hearing Brief from Field Solicitor | 6 | 07-17-1998 |
| BLM-0331 | 50 | Contestant's Proposed Findings of Fact and Conclusions of Law | 37 | 07-17-1998 |
| BLM-0368 | 51 | Reply Brief from Gough, Shanahan, Johnson & Waterman | 15 | 08-14-1998 |
| BLM-0383 | 52 | Contestant's Reply Brief | 13 | 08-14-1998 |
| BLM-0396 | 53 | Office of Hearings and Appeals Decision | 65 | 04-28-1999 |
| BLM-0461 | 54 | Letter from Gough, Shanahan, Johnson & Waterman to Office of Hearings and Appeals and Field Solicitor in re: Notice of Appeal | 4 | 05-26-1999 |
| BLM-0465 | 55 | Letter from Gough, Shanahan, Johnson & Waterman to Office of Hearings in re: Proof of Service of Notice of Appeal | 4 | 06-02-1999 |
| BLM-0469 | 56 | Copy of Letter from Gough, Shanahan, Johnson & Waterman to Office of Hearings in re: Proof of Service of Notice of Appeal | 4 | 06-02-1999 |
| BLM-0473 | 57 | Statement of Reasons from Gough, Shanahan, Johnson & Waterman | 53 | 06-28-1999 |
| BLM-0526 | 58 | Memorandum from Office of Hearings and Appeals to Interior Board of Land Appeals in re: Transmittal of Appeal | 2 | 07-14-1999 |
| BLM-0528 | 59 | Letter from Interior Board of Land Appeals in re: Docket Number of Appeal | 3 | 07-22-1999 |
| BLM-0531 | 60 | Letter from Field Solicitor to Interior Board of Land Appeals in re: United States' Notice of Entry of Appearance and its Answer | 24 | 07-23-1999 |
| BLM-0555 | 61 | Reply to Departments Answer from Gough, Shanahan, Johnson & Waterman | 10 | 08-26-1999 |
| BLM-0565 | 62 | Fax Transmittal from BLM Public Records and Information Services Staff to Interior Board of Land Appeals in re: Serial Register Pages of Patricia 7, Patricia 8, Patricia 17, Patricia 18, Patricia 20, EB #4, EB #5, Butte #47, and Butte #48 | 10 | 04-16-2003 |
| BLM-0575 | 63 | Fax Transmittal from BLM Public Records and Information Services Staff to Interior Board of Land Appeals in re: Serial Register Pages of Patricia 14, Patricia 15, Patricia 16, EB #6, Royal East #1, and Royal East #2 | 7 | 04-21-2003 |
| BLM-0582 | 64 | Memorandum from Scott Haight, Mineral Resource Specialist, Lewistown, Montana to Interior Board of Land Appeals in re: Transmitting Information requested by Margaret Walsh, Docket Clerk | 74 | 05-16-2003 |

| BLM-0656 | 65 | Letter from Field Solicitor to Interior Board of Land Appeals in re: Copy of Complaint in 1:99CV02728 (D.D.C) | 31 | 09-22-2003 |
| BLM-0687 | 66 | Interior Board of Land Appeals Decision 161 IBLA 40 | 71 | 03-16-2004 |

# Section II

**Affected Claims:** Patricia 14, Patricia 15, Patricia 16, Royal East #1 and Royal East #2
(MMC 108501, MMC 108502, MMC 108503, MMC 188489 and MMC 188490)
**Owner of Record:** Ernest K. Lehmann and Associates of Montana, Inc.
**Affected Claim:** EB #6 (MMC 170766)
**Owner of Record:** Mount Royal Joint Venture

| Bates Number | Document No. | Description | Pages | Date |
|---|---|---|---|---|
| BLM-0758 | A-1 | Resume of James R. Gruber, Jr. Geologist (Plaintiff's Exhibit 1) | 2 | 03-1998 |
| BLM-0760 | A-2 | BLM H-3809-01 Handbook for Mineral Examiners (Plaintiff's Exhibit 2) | 128 | 03-17-1989 |
| BLM-0888 | A-3 | Tootsie Creek Validity Report for Mining Claims by James R. Gruber, Jr., BLM, Montana State Office | 180 | 1995 |
| BLM-1068 | A-4 | Design of the Geologic Program at the Zortman and Landusky Mines, Little Rocky Mountains, Montana (Plaintiff's Exhibit 4) | 9 | 1983 |
| BLM-1077 | A-5 | Map – Tootsie Creek Mining Claims (Plaintiff's Exhibit 5) | 1 | 1995 |
| BLM-1078 | A-6 | Maps – Drillhole Cross Sections (Plaintiff's Exhibit 6) | 4 | Undated |
| BLM-1082 | A-7 | Claimant Cyanide Shake Test Results (Plaintiff's Exhibit 7) | 1 | Undated |
| BLM-1083 | A-8 | Memorandum from B. J. Suchomel to F. J. Jenkins in re: Gold Buttes JV Summary of Core Drilling (Plaintiffs Exhibit 8) | 3 | 11-30-1987 |
| BLM-1086 | A-9 | Geological Survey Circular 831 – Principals of a Resource/Reserve Classification for Minerals (Plaintiff's Exhibit 9) | 8 | 1980 |
| BLM-1094 | A-10 | Map – Tootsie Creek Mining Claims (Plaintiff's Exhibit 10) | 1 | 1995 |
| BLM-1095 | A-11 | Article – Gold Heap Leaching, Plans and Costs for Mining and Heap Leaching a Small Gold Deposit by Douglas I. Jayne (Plaintiff's Exhibit 11) | 8 | 1986 |
| BLM-1103 | A-12 | Addendum to Tootsie Creek Validity Report for Mining Claims by James R. Gruber, Jr. (Plaintiff's Exhibit 12) | 5 | 1995 |
| BLM-1108 | A-13 | Resume of Roger Allen Haskins (Plaintiff's Exhibit 13) | 5 | Undated |
| BLM-1113 | A-14 | Resume of Richard C. Marshall (Contestant Exhibit 14) | 2 | 1981-Present |
| BLM-1115 | A-15 | Annual Average Gold Prices (Contestant Exhibit 15) | 1 | 1960-1997 |
| BLM-1116 | A-16 | Annual Average Gold Prices (Contestant Exhibit 16) | 1 | 1960-1997 |
| BLM-1117 | A-17 | Monthly Gold Prices (Contestant Exhibit 17) | 1 | 1997-1998 |
| BLM-1118 | A-18 | Long-Term Gold Prices Used in Recent Reserve Calculations (Contestant Exhibit18) | 1 | Undated |
| BLM-1119 | A-19 | Annual Average Silver Prices (Contestant Exhibit 19) | 1 | 1960-1997 |
| BLM-1120 | A-20 | Annual Average Silver Prices (Contestant Exhibit 20) | 1 | 1960-1997 |

| BLM-1121 | A-21 | Monthly Silver Prices (Contestant Exhibit 21) | 1 | 1997-1998 |
|---|---|---|---|---|
| BLM-1122 | A-22 | Letter to Lehmann & Assoc of Montana, Inc. from Acting District Manager, Lewistown Montana in re: Manhattan Minerals Ltd. Royal East Joint Venture, Proposed Exploration Plan of Operations MTM-78411 (Exhibit 23) | 15 | 03-23-1992 |
| BLM-1137 | A-23 | Letter to Gough, Shanahan, Johnson & Waterman from BLM District Manager, Lewistown in re: Royal East Joint Venture Plan of Operations MTM-78411 (Exhibit 24) | 3 | 02-06-Unreadable |
| BLM-1140 | B-1 | Map EB #6 (Contestees Exhibit A) | 1 | Undated |
| BLM-1141 | B-2 | Memorandum to Jim Baca from Josh Drew in re: Sweet Grass Hills Project (Contestees Exhibit B) | 4 | 06-08-1993 |
| BLM-1145 | B-3 | Notes from Jim Gruber (Contestees Exhibit C) | 10 | 11-06-1993 |
| BLM-1155 | B-5 | Cover Page of the Final Sweet Grass Hills Amendment and Environmental Impact Statement and map of the Mining Claims in the Tootsie Creek Area (Contestees Exhibit D) | 2 | 05-23-1996 |
| BLM-1157 | B-6 | Memorandum from Area Manager, Great Falls to Michael Dunn, Physical Scientist in re: Draft Sweet Grass Hills Amendment and Environmental Impact Statement (EIS) (Contestees Exhibit E) | 4 | 05-17-1995 |
| BLM-1161 | B-7 | Appendix 2.2 Statement of Qualifications for Ernest K. Lehmann (Contestees Exhibit F) | 6 | Undated |
| BLM-1167 | B-8 | Report on the Geology and Mineral Development of the Tootsie Creek Gold Deposit – Sweet Grass Hills, Liberty County, Montana by Ernest K. Lehmann Copy 14 of 15 (Contestees Exhibit G and H) | 304 | 12-1996 |
| BLM-1471 | B-9 | Letter to Andrew Carstensen and Ernest K. Lehmann from District Manager, Lewistown, Montana in re: Processing the Royal East Joint Venture Exploration Plan of Operation, Liberty County, Montana (Contestee's Exhibit I) | 1 | 08-09-1993 |
| BLM-1472 | B-10 | Letter to Jim Gruber, Geologist from Ernest K. Lehmann in re: East Butte Validity Determination (Contestees Exhibit J) | 5 | 09-27-1994 |
| BLM-1477 | B-11 | Letter to Jim Gruber, Geologist from Ernest K. Lehmann in re: East Butte Validity Determination (Contestees Exhibit K) | 4 | 12-15-1994 |
| BLM-1481 | B-12 | Drill Log Data – Drill Hole TSF-3 (Contestees Exhibit P) | 6 | Started 10-21-1987 Completed 10-24-1987 |
| BLM-1487 | B-13 | Decision to E. K. Lehmann & Associates of Montana, Inc. and Gough, Shanahan, Johnson & Waterman from BLM Acting State Director in re: Plan of Operation (Contestees Exhibit Q) | 2 | 05-02-1997 |
| BLM-1489 | B-14 | Professional Qualifications of John L. Soma P.E. Consulting Mining Engineer (Contestees Exhibit S) | 6 | 09-05-1997 |
| BLM-1495 | B-15 | Qualifications of David M. Abbott, Jr., Consulting Geologist (Contestees Exhibit T) | 5 | Undated |
| BLM-1500 | B-16 | Map of the South Fork Zone (Contestees Exhibit V) | 1 | Undated |
| BLM-1501 | C-1 | Transcript of Proceedings Day 1 of 5 | 100 | 03-30-1998 |
| BLM-1601 | C-2 | Transcript of Proceedings Day 2 of 5 | 167 | 03-31-1998 |
| BLM-1768 | C-3 | Transcript of Proceedings Day 3 of 5 | 222 | 04-01-1998 |
| BLM-1990 | C-4 | Transcript of Proceedings Day 4 of 5 | 254 | 04-02-1998 |
| BLM-2244 | C-5 | Transcript of Proceedings Day 5 of 5 | 94 | 04-03-0998 |

# Section III

**Affected Claims:** Patricia 14, Patricia 15, Patricia 16, Royal East #1 and Royal East #2
(MMC 108501, MMC 108502, MMC 108503, MMC 188489 and MMC 188490)
**Owner of Record:** Ernest K. Lehmann and Associates of Montana, Inc.
**Affected Claim:** EB #6 (MMC 170766)
**Owner of Record:** Mount Royal Joint Venture

| Bates Number | Document No. | Description | Pages | Date |
|---|---|---|---|---|
| BLM-2338 | 1 | Notices of Lode Mining Claim Location for the Patricia 14, Patricia 15, and Patricia 16 and map for the Patricia 1 through 25 mining claims | 4 | 01-20-1994 |
| BLM-2342 | 2 | Notice and Certificate of Location for the EB #6 lode mining claim and map | 2 | 09-01-1989 |
| BLM-2344 | 3 | Notices and Certificates of Location for the Royal East #1 and Royal East #2 mining claims and map | 3 | 02-03-1992 |

6