IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., and MOUNT ROYAL JOINT VENTURE,<br>                      Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, *et al.*,<br>                      Defendants. | Civil Action 07cv00762 (HHK) |

**PLAINTIFFS' UNOPPOSED MOTION FOR
MODIFICATION OF THE BRIEFING SCHEDULE**

COME NOW, Plaintiffs, by and through their undersigned counsel of record, and hereby move for a modification of the current briefing schedule. The grounds for this motion are as follows:

    1.    This case involves judicial review, under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq.*, of a decision of the Interior Board of Land Appeals that declared six of Plaintiffs' mining claims invalid.

    2.    By Order, dated August 22, 2007, this Court established the following briefing schedule:

        a.    On or before November 19, 2007, Plaintiffs will file a motion for summary judgment;

        b.    On or before January 8, 2008, Defendants will file a cross-motion for summary judgment and a memorandum in response to Plaintiffs' motion for summary judgment;

        c.    On or before February 4, 2008, Plaintiffs will file a response/reply memorandum; and

      d.     On or before March 3, 2008, Defendants will file a reply memorandum.

3.     Since Defendants lodged and served the administrative record on September 19, 2007, the undersigned has worked diligently in reviewing the administrative record and preparing Plaintiffs' motion for summary judgment and supporting memorandum of points and authorities.

4.     On November 7, 2007, the undersigned learned that Ernest K. Lehmann is out of the country and is not scheduled to return until November 16, 2007.

5.     Mr. Lehmann is president of Plaintiff, Ernest K. Lehmann & Associates of Montana, Inc., has 40 years of experience as a geologist and was the primary expert witness for Plaintiffs during the administrative hearing in this case.

6.     It is imperative that the undersigned have an opportunity to confer with Mr. Lehmann regarding the geological issues in this case prior to filing Plaintiffs' motion for summary judgment, which is currently due just three days after Mr. Lehmann's scheduled return.

7.     Taking into account the intervening Thanksgiving holiday, the undersigned believes that an additional two weeks would allow him enough time to properly confer with Mr. Lehmann and complete Plaintiffs' motion for summary judgment and supporting memorandum of points and authorities.

8.     Accordingly, Plaintiffs propose that the briefing schedule be modified as follow:

      a.     On or before December 3, 2007, Plaintiffs will file a motion for summary judgment;

      b.     On or before January 22, 2008, Defendants will file a cross-motion for summary judgment and a memorandum in response to Plaintiffs' motion for summary judgment;

      c.     On or before February 18, 2008, Plaintiffs will file a response/reply memorandum; and

      d.      On or before March 17, 2008, Defendants will file a reply memorandum.

9.      Counsel for Defendants, Mark T. Romley, was consulted regarding this Motion. Mr. Romley indicated that he has no objection to the granting of this Motion.

DATED this 9th day of November 2007.

Respectfully Submitted By:

MOUNTAIN STATES LEGAL FOUNDATION

/s/ Steven J. Lechner
Steven J. Lechner, D.C. Bar No. AZ 0001
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 9th day of November, 2007, I filed the foregoing Plaintiffs' Unopposed Motion for Modification of the Briefing Schedule and the attached proposed Order Granting Plaintiffs' Unopposed Motion for Modification of the Briefing Schedule electronically through the CM/ECF system, which caused the following to be served by electronic means:

Mark T. Romley, CA Bar #240655
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0436
Fax: (202) 305-0506
mark.romley@usdoj.gov

                                      /s/ Steven J. Lechner

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., and MOUNT ROYAL JOINT VENTURE,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, *et al.*,<br><br>　　　　　　　　　　Defendants. | Civil Action 07cv00762 (HHK) |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION FOR MODIFICATION OF THE BRIEFING SCHEDULE

THIS MATTER having come before this Court on Plaintiffs' Unopposed Motion for Modification of the Briefing Schedule, and this Court having reviewed the Motion and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the current briefing schedule is modified as follows:

　　a.　On or before December 3, 2007, Plaintiffs will file a motion for summary judgment;

　　b.　On or before January 22, 2008, Defendants will file a cross-motion for summary judgment and a memorandum in response to Plaintiffs' motion for summary judgment;

　　c.　On or before February 18, 2008, Plaintiffs will file a response/reply memorandum; and

　　d.　On or before March 17, 2008, Defendants will file a reply memorandum.

DATED this _____ day of November 2007.

                                                _____
                                                Henry H. Kennedy, Jr.
                                                United States District Judge