# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., <u>et al.</u>,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, <u>et al.</u>,<br><br>    Defendants. | Case No. 07cv00762-HHK<br>Hon. Henry H. Kennedy |

## FEDERAL DEFENDANTS' NOTICE OF FILING OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that on January 22, 2008, Counsel for the Federal Defendants in the above captioned matter, filed with the Clerk an Opposition to Plaintiffs' motion for summary judgment in the form of a combined cross-motion for summary judgment and opposition brief. That Opposition appears at Docket No. 19.

January 22, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

Of Counsel:
Karan A. Dunnigan
Field Solicitor
U.S. Department of the Interior

/s/ *Mark T. Romley*
MARK T. ROMLEY
    Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(ph)(202) 305-0458/(fax)(202) 305-0506