**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., and MOUNT ROYAL JOINT VENTURE, | ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action 07cv00762 (HHK) |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | ) ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**MODIFICATION OF THE BRIEFING SCHEDULE**

COME NOW, Plaintiffs, by and through their undersigned counsel of record, and hereby move for a modification of the current briefing schedule. The grounds for this motion are as follows:

1.      This case involves judicial review, under the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 *et seq.*, of a decision of the Interior Board of Land Appeals that declared six of Plaintiffs' mining claims invalid.

2.      By Order, dated November 13, 2007, this Court established the following briefing schedule:

> a.      On or before December 3, 2007, Plaintiffs will file a motion for summary judgment;
>
> b.      On or before January 22, 2008, Defendants will file a cross-motion for summary judgment and a memorandum in response to Plaintiffs' motion for summary judgment;
>
> c.      On or before February 18, 2008, Plaintiffs will file their response/reply memorandum; and

      d.     On or before March 17, 2008, Defendants will file their reply memorandum.

3.     On January 22, 2008 the undersigned counsel for Plaintiffs received Defendants' memorandum in support of their cross-motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment.

4.     Since then, the undersigned has worked diligently in preparing Plaintiffs' response/reply memorandum.  Unfortunately, because the undersigned is also responsible for supervising all of Mountain States Legal Foundation's staff attorneys and their respective caseloads, he has been unable to devote the time necessary to address all the arguments raised in Defendants' memorandum, especially considering the size of the administrative record and the geological and legal issues involved in this case.

5.     As a result, undersigned believes that an additional week would allow him sufficient time to adequately prepare Plaintiffs' response/reply memorandum.

6.     Based upon the foregoing, Plaintiffs propose that the briefing schedule be modified as follow:

      a.     On or before February 25, 2008, Plaintiffs will file their response/reply memorandum; and

      b.     On or before March 31, 2008, Defendants will file their reply memorandum.

7.     Counsel for Defendants, Mark T. Romley, was consulted regarding this Motion. Mr. Romley indicated that he has no objection to the granting of this Motion so long as the deadline for his reply memorandum is extended until March 31, 2008, to accommodate his deposition schedule.

WHEREFORE, Plaintiffs respectfully request that the briefing schedule be modified as set forth above.

DATED this 15th day of February 2008.

Respectfully Submitted By:

MOUNTAIN STATES LEGAL FOUNDATION

/s/ Steven J. Lechner
Steven J. Lechner, D.C. Bar No. AZ 0001
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
lechner@mountainstateslegal.com

Attorney for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of February, 2008, I filed the foregoing Plaintiffs' Unopposed Motion for Modification of the Briefing Schedule and the attached proposed Order Granting Plaintiffs' Unopposed Motion for Modification of the Briefing Schedule electronically through the CM/ECF system, which caused the following to be served by electronic means:

Mark T. Romley, CA Bar #240655
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0436
Fax: (202) 305-0506
mark.romley@usdoj.gov


/s/ Steven J. Lechner

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ERNEST K. LEHMANN & ASSOCIATES OF MONTANA, INC., and MOUNT ROYAL JOINT VENTURE, | ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action 07cv00762 (HHK) |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED**
**MOTION FOR MODIFICATION OF THE BRIEFING SCHEDULE**

THIS MATTER having come before this Court on Plaintiffs' Unopposed Motion for Modification of the Briefing Schedule, and this Court having reviewed the Motion and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the current briefing schedule is modified as follows:

a.      On or before February 25, 2008, Plaintiffs shall file their response/reply memorandum; and

b.      On or before March 31, 2008, Defendants shall file their reply memorandum.

DATED this _____ day of February 2008.

_____
Henry H. Kennedy, Jr.
United States District Judge